UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAMELA ZIOLKOWSKI MARGOLIS, <br> Plaintiff, <br><br> v. <br><br> JAMES B. NUTTER & COMPANY, and BEN CARSON, SECRETARY, DEP'T OF HOUSING AND URBAN DEVELOPMENT, <br> Defendants. | Civil Action No. 1:18-cv-00162 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 61) in the above-captioned case. The R&R recommended the Court grant "Defendant Ben Carson's Motion to Dismiss" ("Defendant's Motion") (Docket No. 54) and dismiss all claims against Defendant Ben Carson. Objections were due September 27, 2019. No objections were filed by either party. After a *de novo* review of the record, the R&R is **ADOPTED**.

It is therefore **ORDERED** that Plaintiff's claims against Defendant Ben Carson be **DISMISSED** without prejudice for lack of subject matter jurisdiction. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 17th day of October, 2019.

Rolando Olvera
United States District Judge